1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Wade M. Hansard
Nevada Bar No. 8104
3   *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
4 Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
5 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
6 Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CLIFFORD, individually, | Case No. 2:19-cv-01301-KJD-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANT'S MOTION TO COMPEL** |
| GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

IT IS STIPULATED AND AGREED by and between Plaintiff MICHELLE CLIFFORD, and Defendant GEICO CASUALTY COMPANY, by and through their respective counsel of record, as follows:

In light of recent developments concerning the COVID-19 pandemic, the Plaintiff now agrees to submit to an in-person medical examination at the next available opportunity. Accordingly, the hearing on Defendant's Motion to Compel the Plaintiff to submit for an in-person medical examination, as briefed, is now moot and the parties agree that the hearing may be vacated.

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Case No. 2:19-cv-01301-KJD-BNW

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANT'S MOTION TO COMPEL

**IT IS SO STIPULATED AND AGREED**:

Dated: April 29, 2021　　　　　　　　　　　　BROCK K. OHLSON PLLC

　　　　　　　　　　　　　　　　By: 　　/s/ *Ian M. McMenemy*
　　　　　　　　　　　　　　　　　　Ian M. McMenemy, Nevada Bar No. 13190
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: April 29, 2021　　　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD,
　　　　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP

　　　　　　　　　　　　　　　　By: 　　/s/ *Jonathan W. Carlson*
　　　　　　　　　　　　　　　　　　Wade M. Hansard, Nevada Bar No. 8104
　　　　　　　　　　　　　　　　Jonathan W. Carlson, Nevada Bar No. 10536
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Compel scheduled for April 30, 2021 at 2:00 p.m. is VACATED.

IT IS FURTHER ORDERED that defendant's motion (ECF No. 35) is DENIED as moot.

**IT IS SO ORDERED**

**DATED:** 3:53 pm, April 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2　　Case No. 2:19-cv-01301-KJD-BNW
STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANT'S MOTION TO COMPEL