McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CLIFFORD, individually,<br><br>          Plaintiff,<br><br>     v.<br><br>GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-01301-KJD-BNW<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled

their claims in this case, with an agreement that each side will bear their own fees and costs.  It is

expected that all settlement documents can be exchanged and this matter will be fully resolved, with

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

Case No. 2:19-cv-01301-KJD-BNW

NOTICE OF SETTLEMENT

a Notice of Dismissal with Prejudice filed with the Court within the next 30 days.

Dated: May 28, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____/s/ *Jonathan W. Carlson*_____

Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
Renee M. Maxfield
Nevada Bar No. 12814
Attorneys for GEICO CASUALTY COMPANY

## ORDER

Based on the parties' notice of settlement, IT IS ORDERED that by 6/28/2021, the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 1:28 pm, June 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113