McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CLIFFORD, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01301-KJD-BNW<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff, Michelle Clifford, by and through her counsel of record, Brock K. Ohlson, PLLC, and GEICO Casualty Company, by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, hereby submit their Joint Status Report in response to the Court's Order of June 2, 2021 (Doc. 49).

/ / /

/ / /

/ / /

/ / /

In the Court's Order, it ordered that the parties either file their dismissal documents or file a joint status report concerning the status of settlement. The parties anticipate filing the dismissal within the next couple of weeks. Plaintiff, Michelle Clifford, resides in Montana and will send the executed settlement documents through the mail. The settlement monies are available and ready to be exchanged for the original settlement documents once those documents are received by Plaintiff's counsel of record.

DATED this 23rd day of June, 2021

BROCK K. OHLSON PLLC

By  /s/ *Ian M. McMenemy*
Brock K. Ohlson, Nevada Bar No. 12262
Ian M. McMenemy, Nevada Bar No. 13190
6060 Elton Avenue
Las Vegas, Nevada 89107
Tel. (702) 982-0055

Attorneys for Michelle Clifford

DATED this 23rd day of June, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By  /s/ *Jonathan W. Carlson*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO Casualty Company

## **Order**

IT IS ORDERED that a joint status report or dismissal documents are due by 7/30/2021.

**IT IS SO ORDERED**

**DATED:** 6:17 pm, June 24, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

JOINT STATUS REPORT REGARDING SETTLEMENT