McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CLIFFORD, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01301-KJD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this 30 day of June, 2021

        BROCK OHLSON PLLC

        By _____
        Ian M. McMenemy, Nevada Bar No. 13190
        6060 Elton Avenue, Suite A
        Las Vegas, Nevada 89107
        Tel. (702) 982-0055

        Attorneys for Plaintiff

DATED this 7 day of July, 2021

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By _____
        Wade M. Hansard, Nevada Bar No. 8104
        Jonathan W. Carlson, Nevada Bar No. 10536
        Renee M. Maxfield, Nevada Bar No. 12814
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

        Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

DATED this 8th day of JULY, 2021

        _____
        UNITED STATES DISTRICT JUDGE

7672152.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2                               Case No. 2:19-cv-01301-KJD-BNW
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE